In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11187

_____

OMAR SANTOS,
on behalf of themselves and all others
similary situated,
AMANDA CLEMENTS,
on behalf of themselves and all others
similarly situated,

Plaintiffs-Appellants,

*versus*

HEALTHCARE REVENUE RECOVERY
GROUP, LLC.,
d.b.a.
ARS Account Resolution Services,

Defendant,

EXPERIAN INFORMATION SOLUTIONS,
INC.,

                                        Defendant-Appellee.


_____


Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23084-KMW

_____


ORDER:

        Christina Mastrucci Lehn's motion to withdraw as counsel
for the Appellee is GRANTED.



                                    DAVID J. SMITH
                      Clerk of the United States Court of
                          Appeals for the Eleventh Circuit

                ENTERED FOR THE COURT - BY DIRECTION