In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-11187

————————————————

OMAR SANTOS,
on behalf of themselves and all others
similary situated,
AMANDA CLEMENTS,
on behalf of themselves and all others
similarly situated,

Plaintiffs-Appellants,

*versus*

HEALTHCARE REVENUE RECOVERY
GROUP, LLC.,
d.b.a.
ARS Account Resolution Services,

Defendant,

EXPERIAN INFORMATION SOLUTIONS,
INC.,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23084-KMW

_____

ORDER:

The motion for extension of time to and including December 11, 2023, in which to file Appellee's Petition for Rehearing is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION